IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01220-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.166.81.31,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 11), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 18, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge